IN THE SUPREME COURT OF THE STATE OF DELAWARE

HERTZ GLOBAL HOLDINGS, INC. and
THE HERTZ CORPORATION,

    Plaintiff-Below, Appellants,

    v.

NATIONAL FIRE & MARINE INSURANCE
COMPANY; STEADFAST INSURANCE
COMPANY; AMERICAN GURANTEE
AND LIABILITY INSURANCE COMPANY;
GREAT AMERICAN INSURANCE CO. OF
NEW YORK; QBE INSURANCE
CORPORATION; NAVIGATORS
SPECIALTY INSURANCE COMPANY;
ENDURANCE ASSURANCE
CORPORATION; SWISS RE CORPORATE
SOLUTIONS ELITE INSURANCE
CORPORATION, F/K/A NORTH
AMERICAN ELITE INSURANCE
COMPANY; SWISS RE CORPORATE
SOLUTIONS AMERICA INSURANCE
CORPORATION, F/K/A NORTH
AMERICAN SPECIALTY INSURANCE
COMPANY; and GREAT AMERICAN
SPIRIT INSURANCE COMPANY,

    Defendants-Below, Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 106, 2025

Court Below: Superior Court
of the State of Delaware

C.A. No. N22C-05-130

Submitted:    October 29, 2025
Decided:      November 12, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, and **GRIFFITHS**, Justices.

## **O R D E R**

NOW this 12th day of November 2025, the Court having considered this matter on

the briefs and oral arguments of the parties and the record below and having concluded that

the same should be affirmed on the basis of and for the reasons assigned by the Superior

Court in its Memorandum Opinion dated October 9, 2024 and its Final Order and Judgment

dated February 10, 2025;

NOW THEREFORE, IT IS ORDERED that the judgment of the Superior Court be

AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice